## William C. Groebe, Floren Cipar and Ellen L. Cipar, Appellants, v. Elizabeth Mierke, Appellee.

### Gen. No. 45,427.

 
 Robert J. Hill, for
appellants; Walter A. Edmiston, and John W. Daly, for appellee.
Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed
November 21, 1951; released for publication December 6, 1951.